2016-0567 (La. 5/2/16)

**STATE of Louisiana**

v.

**Devin K. BONILLA**

**NO. 2016-K-0567**

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. K, No. 14-681; to the Court of Appeal, Fifth Circuit, No. 15-KA-529;

Denied.

2016-0579 (La. 5/2/16)

**STATE of Louisiana**

v.

**Damion Dewayne BILLUPS**

**NO. 2016-OK-0579**

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of Ouachita, 4th Judicial District Court Div. K, No. 13F1465; to the Court of Appeal, Second Circuit, No. 50,-497-KA

Denied.

2016-0586 (La. 5/2/16)

**Erica HILL**

v.

**Ted NELSON**

**NO. 2016-CJ-0586**

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of Orleans, Civil District Court Div. K, No. 2015-906; to the Court of Appeal, Fourth Circuit, No. 2015-CA-0085

Denied.

HUGHES, J., would grant.

2016-0610 (La. 5/2/16)

**STATE IN the INTEREST OF K.Z.**

**NO. 2016-CK-0610**

Supreme Court of Louisiana.

May 2, 2016

Applying For Writ of Certiorari and/or Review, Parish of Lafayette, 15th Judicial District Court Div. E, No. 2015-JC-384; to the Court of Appeal, Third Circuit, No. 15-1029

Denied.